07-5414-ag
Wang v. Holder

BIA
A072 217 556

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of October, two thousand ten.

PRESENT:
        DENNIS JACOBS,
            *Chief Judge*,
        JON O. NEWMAN,
        PIERRE N. LEVAL,
            *Circuit Judges*.

_____

ZENG QIN WANG,
        *Petitioner*,

      v.                   07-5414-ag
                                NAC

ERIC H. HOLDER, JR., UNITED STATES ATTORNEY GENERAL,[*]
        *Respondent*.

_____

_____

     [*] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Eric H. Holder, Jr., is automatically substituted for former Attorney General Michael B. Mukasey as respondent in this case.

08232010-25

**FOR PETITIONER:** H. Raymond Fasano, New York, New York.

**FOR RESPONDENT:** Gregory G. Katsas, Acting Assistant Attorney General; Francis W. Fraser, Senior Litigation Counsel; W. Daniel Shieh, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED, that the petition for review is DENIED.

Zeng Qin Wang, a native and citizen of China, seeks review of a November 7, 2007, BIA order denying his motion to reopen. *In re Zeng Qin Wang*, No. A072 217 556 (B.I.A. Nov. 7, 2007). Wang's motion to reopen was based on his claim that he fears persecution on account of both the birth of his U.S. citizen children in violation of China's family planning policy and his Catholic faith. For largely the same reasons this Court set forth in *Jian Hui Shao v. Mukasey*, 546 F.3d 138, 169 (2d Cir. 2008), we find no error in the BIA's decision to the extent it addressed his family planning claim. *See id.* at 168-72. Additionally, in his brief, Wang does not challenge the BIA's dispositive determination that he failed to demonstrate a change in the Chinese government's treatment of Catholics sufficient to

excuse the untimely filing of his motion to reopen. *See* 8 C.F.R. § 1003.2(c).

Moreover, contrary to Wang's argument, the BIA did not err in denying his motion to reopen insofar as it was based on the fact that his wife's motion to reopen had been granted because he did not demonstrate that his wife ultimately was granted any form of relief. *Cf. Yan Fang Zhang v. Gonzales*, 452 F.3d 167, 173-74 (2d Cir. 2006) (recognizing that issuing inconsistent decisions regarding the ultimate eligibility for relief of a husband and wife presenting identical claims implicates the fundamental principle of justice that "similarly situated individuals be treated similarly").

For the foregoing reasons, this petition for review is DENIED. As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk